PHILIP GILES (CA SBN 272582)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

The following constitutes
the order of the court. Signed May 06, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

Attorneys for GMAC MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 11-50594 |
| CHUKS LIESLY AMAJOR, | Chapter 13 |
| Debtor(s). | ORDER ON STIPULATION RE: AVOIDANCE OF LIEN |

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulation Re: Avoidance of Lien, docket entry number thirty-eight (38), is hereby approved and made an order of the court.

**END OF ORDER**

- 1 -

**COURT SERVICE LIST**

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Chuks Liesly Amajor
381 Skyway Drive
San Jose, CA 95111

**DEBTOR(S) ATTORNEY**

Brette L. Evans
255 N. Market St. #110
San Jose, CA 95110

**CHAPTER 13 TRUSTEE**

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013